IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROMAN MAGAC,<br><br>      Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK N.A.; and DOES 1-10,<br><br>      Defendants. | Case No.: 3:25-cv-00432-AN<br><br><br>JUDGMENT |

Based on the reasons set forth in the Court's OPINION & ORDER, ECF 27,

It is adjudged that this action is DISMISSED.  Plaintiff's claims pursuant to 12 C.F.R. § 1024.40

and 15 U.S.C. § 1641(g) are dismissed with prejudice; plaintiff's claims pursuant to 12 C.F.R. § 1024.41

and OTDA are dismissed without prejudice

IT IS SO ORDERED.

DATED this 18th day of May, 2026.

_____
Adrienne Nelson
United States District Judge

1